B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re _Andrea Brown_ ,

Debtor

Case No. _13-44827_

Chapter _13_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐　IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒　IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _70.25_ 　　　　Check one ☐ With the filing of the petition, or
　　　　　　　　　　　　☒ On or before _12/14/13_

$ _70.25_ 　　on or before _1/18/14_

$ _70.25_ 　　on or before _2/17/14_

$ _70.25_ 　　on or before _3/19/14_

☐　IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _11/27/13_

_United States Bankruptcy Judge_